UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELI YADIEL ACEVEDO and
ELI FRANCISCO ACEVEDO,

                                 Case No. 2:26-cv-23-KCD-DNF

        Plaintiffs,

    v.

LEE COUNTY SHERIFF
DEPARTMENT, SHERIFF
CARMINE MARCENO and
OFFICER JEFFREY J. BASTEDO,

        Defendants,

                                      /

## <u>ORDER</u>

Plaintiffs Eli Yadiel Acevedo and Eli Francisco Acevedo filed this civil rights case pro se. (*See* Doc. 1.) But since its filing, Plaintiffs have done nothing. They have not responded to the motion to dismiss filed by Defendants Lee County Sheriff Department, Sheriff Carmine Marceno, and Officer Jeffrey J. Bastedo. (Doc. 9.) Nor have they responded to this Court's order directing that they show cause why that motion should not be granted and why they filed no response. (Doc. 13.)

Ignoring the Court's order is grounds for dismissal. *See Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff, in response to an order to show cause, fails to demonstrate due diligence and just cause for

delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962*); Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985).

Plaintiffs have not diligently prosecuted this case and have ignored this Court's show cause order. At bottom, their actions show a lack of interest. The Court thus **DISMISSES** Plaintiffs' claims without prejudice for failure to prosecute. *See* Local Rule 3.10. The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on March 30, 2026.

Kyle C. Dudek
United States District Judge

2